## William Petrokas, Plaintiff-Appellant, v. Atlas Furniture Company, Inc., Defendant-Appellee.

### Gen. No. 10,458.

William D. Knight, for appellant; Large, Reno & Zahm, for appellee; Ralph S. Zahm, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed May 29, 1951; rehearing denied October 2, 1951; released for publication October 2, 1951.